**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:26-CV-61013-AHS**

HAILEY BUSH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FASHION NOVA, LLC,

Defendant.
_________________________________/

**DEFENDANT FASHION NOVA, LLC'S**
**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8 and Section 2.15.00 of this Court's Internal Operating Procedures, Defendant Fashion Nova, LLC ("Fashion Nova") hereby provides this Notice of Pending, Refiled, Related or Similar Actions to identify for this Court that two days *after* this case was filed that the same counsel representing Plaintiff filed a subsequent action against Fashion Nova involving substantially similar questions of law and fact which is now pending before The Honorable Judge Darrin P. Gayles, and states as follows:

1. On April 8, 2026, Plaintiff Hailey Bush filed the instant class action lawsuit. Plaintiff alleges violations of the Telephone Consumer Protection Act ("TCPA") pursuant to 47 U.S.C. § 227(5), stemming from the alleged unsolicited marketing text messages sent during the so-called "quiet hours" in violation of 47 C.F.R. § 64.1200(c)(1) and text messages sent to telephone numbers listed on the National Do-Not-Call Registry in violation of 47 C.F.R. § 64.1200(c)(2).

2. Two days later, on April 10, 2026, the same counsel representing Ms. Bush in this case initiated a substantially similar class action lawsuit on behalf of Plaintiff Monica Garcia

against Fashion Nova which was assigned to Judge Gayles. *See* Case No. 1:26-cv-22504-DPG (the "Garcia Action").

3. These two cases not only involve materially similar claims and allegations, but also a materially identical putative class:

| **Putative Classes in Bush** | **Putative Class in Garcia** |
|---|---|
| TCPA After Hours Class: All persons in the United States who from four years prior to the filing of this action through the date of class certification (1) Defendant, or anyone on Defendant's behalf, (2) placed more than one marketing text message within any 12-month period; (3) where such marketing text messages were initiated before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location).<br><br>TCPA Do Not Call Registry Class: All persons in the United States who from four years prior to the filing of this action (1) were sent a text message by or on behalf of Defendant; (2) more than one time within any 12-month period; (3) where the person's telephone number had been listed on the National Do Not Call Registry for at least thirty days; (4) for the purpose of selling Defendant's products and services; and (5) for whom Defendant claims (a) it did not obtain prior express written consent, or (b) it obtained prior express written consent in the same manner as Defendant claims it supposedly obtained prior express written consent to call the Plaintiff. | TCPA After Hours Class: All persons in the United States who from four years prior to the filing of this action through the date of class certification (1) Defendant, or anyone on Defendant's behalf, (2) placed more than one marketing text message within any 12-month period; (3) where such marketing text messages were initiated before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location). |

4. Since the Garcia Action is related and similar to this case, the Garcia Action should be reassigned to Judge Singhal.[1]

[1] Fashion Nova notes that it was recently sued in two other recent TCPA cases, but both of those settled and were dismissed prior to Fashion Nova having filed any substantive pleading or even response to their respective complaints. *See Salcedo v. Fashion Nova, LLC*, No. 26-cv-61011 (S.D. Fla.); *Correa v. Fashion Nova, LLC*, No. 26-cv-60960.

Respectfully submitted,

Date: June 9, 2026

*s/ Jordan S. Kosches*
Jordan S. Kosches, Esq.
Florida Bar No.: 49881
jordan.kosches@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

*Attorney for Defendant FASHION NOVA, LLC*