**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:26-cv-61013-AHS**

HAILEY BUSH, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

FASHION NOVA, LLC,

Defendant.
________________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Hailey Bush and Defendant Fashion Nova, LLC, through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed in its entirety **WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated: October 21, 2026.

Respectfully submitted,

*/s/ Joseph Varona*
Joseph Varona, Esq.
Florida Bar No. 119812
jv@plglawyersfl.com
PLG DAMAGE ATTORNEYS
2750 SW 145th Avenue, Suite 509
Miramar, Florida 33027
Telephone: (305) 506-4746
*Counsel for Plaintiff, Hailey Bush*

*/s/ Jordan S. Kosches*
Jordan S. Kosches, Esq.
Florida Bar No. 49881
jordan.kosches@gray-robinson.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Counsel for Defendant, Fashion Nova, LLC*

*The filing attorney represents that counsel for Defendant has reviewed this Joint Stipulation and consented to its filing and to the use of his electronic signature.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Joseph Varona*
Joseph Varona, Esq.
Florida Bar No. 119812