UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61013-CIV-SINGHAL/STRAUSS

HAILEY BUSH, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

FASHION NOVA, LLC,

Defendant.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [22]). Having reviewed the Stipulation and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF